IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FRANCISCO ANTONIO GOMEZ MUNOZ, §<br>#30100-510, §<br>MOVANT, §<br>§<br>v. §<br>§<br>§<br>UNITED STATES OF AMERICA, §<br>RESPONDENT. § | CIVIL CASE NO. 3:24-CV-811-E<br>(CRIMINAL CASE NO. 3:22-CR-442-E-1) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 16th day of May, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE